**No. 66798.**—American Wire & Fabric Company, Inc. *v.* United States, protest 61/19353 (New York).

Opinion by LAWRENCE, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

**No. 66799.**—Ira Furman Co. *v.* United States, protests 296609–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of waterproof cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 66800.**—Vanetta Fabrics Corp. *v.* United States, protest 59/22885 (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.